Michael Wallin, Cal. Bar No. 240344
WALLIN & RUSSELL LLP
26000 Towne Ctr. Dr. Suite 130 Foothill Ranch, CA 92610
Direct: (949) 652-2202
mwallin@wallinrussell.com
Attorney for: NATIONWIDE JUDGMENT RECOVERY, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NATIONWIDE JUDGMENT RECOVERY, INC.

PLAINTIFF(S)

v.

TODD DISNER et al

DEFENDANT(S).

CASE NUMBER

2:22-cv-04770

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

☒ State of California, County of Los Angeles
☐ State of _____, County of _____

I, Michael Wallin, hereby state under penalty of perjury that,

1. Judgment for $ 15,090.72 was entered on 04/15/2021 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of NATIONWIDE JUDGMENT RECOVERY, INC. as Judgment Creditor, and against DAVID X WANG as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number 3:14-cv-91 in the United States District Court for the Western District of North Carolina and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Western District of North Carolina are the following sums:
   $ 904.90 accrued interest, computed at 1.22 % *(See note.)*
   $ _____ accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Foothill Ranch, State of California, this 13 date of July, 2022.

/s/ Mwallin
Signature

*****Note:** Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)    AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION