Negar Salim, SBN 213867
Lippman Recupero
P.O. Box 13928, Tucson, AZ 85732
Tel.: (888)990-8100
E-mail: negar.salim@lippmanrecupero.com
Attorney for: Nationwide Judgment Recovery, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY, INC.<br><br>PLAINTIFF(S)<br>v.<br><br>TODD DISNER et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:22-cv-04770-PSG<br><br>**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

☒ State of California, County of Los Angeles
☐ State of _____, County of _____

I, Negar Salim, SBN 213867 hereby state under penalty of perjury that,

1. Judgment for $ 15,090.72 was entered on 04/15/2021 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of Nationwide Judgment Recovery, Inc. as Judgment Creditor, and against David X Wang as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number 3:14-cv-91 in the United States District Court for the Western District of North Carolina and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Western District of North Carolina are the following sums:
   $ 1,170.72  accrued interest, computed at 1.22 % *(See note.)*
   $ 0.00  accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at P.O. Box 13928, Tucson, AZ 85732, State of California, this 2nd date of January, 2024.

Signature: *Negar Salim*

***Note:** Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)                     AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION